IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01776-RM-CBS

THE COMPLETE WOODWORKER, INC. D/B/A WOODCRAFT,
    Plaintiff,
v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
    Defendant.
_____

ORDER WITHDRAWING JOHN M. OWEN AS COUNSEL FOR PLAINTIFF
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "Motion to Withdraw Appearance of John M. Owen as Counsel for Plaintiff."  Pursuant to the Order Referring Case dated August 25, 2014 (Doc. # 25) and the memorandum dated February 23, 2015 (Doc. # 36), this matter was referred to the Magistrate Judge.  Plaintiff will continue to be represented by Andrew M. Plunkett and Thomas J. Loucks of Childress Duffy, Ltd. and Marie Drake and Angela Schmitz of The Drake Law Firm, P.C.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that the "Motion to Withdraw Appearance of John M. Owen as Counsel for Plaintiff" (Doc. # 35) (filed February 23, 2015) is GRANTED.  John M. Owen is withdrawn as counsel of record in this civil action.  The Clerk of Court is instructed to terminate electronic notification and to remove Mr. Owen from the Notice of Electronic Mailing.

    DATED at Denver, Colorado, this 23rd day of February, 2015.

                                        BY THE COURT:

                                          s/Craig B. Shaffer
                                        United States Magistrate Judge